UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOE MOE KYI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRIMEFLIGHT AVIATION SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. 21-cv-08225-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket Nos. 18, 20 |

Plaintiff filed a notice of settlement advising the Court that the above captioned matter has settled and then filed a request to dismiss the case. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within sixty days, with proof of service, that the settlement was not consummated or that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated, and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of sixty days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: July 22, 2022

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge